1  AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON
2  by: Aaron H. Caplan
3  705 Second Avenue, Suite 300
   Seattle, WA 98103
4  (206) 624-2184

5  CENTER FOR JUSTICE
6  by: David Blair-Loy
7  35 West Main Street, Suite 300
   Spokane, WA 99201
8  (509) 835-5211

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2004

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONALD W. AUSDERAU and PEACE AND JUSTICE ACTION LEAGUE OF SPOKANE,

Plaintiffs,

v.

SPOKANE TRANSIT AUTHORITY,

Defendant.

No. CS-03-199-RHW

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

## STIPULATION

To facilitate orderly discovery for both sides, the parties stipulate to the following amendments to the Scheduling Order entered October 31, 2003:

STIPULATION AND ORDER - 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

| Discovery cutoff: | Feb. 24, 2004 |
|---|---|
| Deadline for filing dispositive motions: | Mar. 2, 2004 |

All remaining dates on the Scheduling Order shall remain unchanged.

Dated this 15 day of January 2004.

| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON | PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP |
|---|---|
| By: telephonically approved 1/16/04 <br> Aaron H. Caplan <br> WSBA #22525 | By: _____ <br> David L. Broomn <br> WSBA #2096 |
| CENTER FOR JUSTICE | Attorneys for Defendants |

By: _____
David Blair-Loy
WSBA #27831

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED. The District Court Executive is directed to file this Order and provide copies to counsel.

Dated this 23 day of January 2004.

_____
United States District Judge

STIPULATION AND ORDER - 2