DAVID L. BROOM
PAINE, HAMBLEN, COFFIN,
　BROOKE & MILLER LLP
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Attorneys for Defendant STA

**PROPOSED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD W. AUSDERAU and PEACE AND JUSTICE ACTION LEAGUE OF SPOKANE, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>SPOKANE TRANSIT AUTHORITY, <br><br>　　　　　　Defendant. | No. CS-03-0199-RHW <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

　　The parties by and through their counsel, hereby stipulate that the above-entitled cause has been fully settled and the same may therefore be dismissed with prejudice and without cost.

　　Dated this 25 March, 2004.

　　　　　　　　　　　　　　　PAINE, HAMBLEN, COFFIN,
　　　　　　　　　　　　　　　BROOKE & MILLER LLP

　　　　　　　　　　　　　　　By: _____#31104_
　　　　　　　　　　　　　　　David L. Broom, WSBA #2096
　　　　　　　　　　　　　　　Attorney for Defendants

**RECEIVED**
MAR 26 2004
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

STIPULATION AND ORDER OF
DISMISSAL - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON

By: *DBL for Aaron Caplan telephonically approved 3/22/04*
Aaron H. Caplan
Attorney for Plaintiffs

CENTER FOR JUSTICE

By: *[signature]*
David Blair-Loy
Attorney for Plaintiffs

## ORDER

Based on the foregoing stipulation,

IT IS SO ORDERED.

Dated this ___ March, 2004.

_____
The Honorable Robert H. Whaley
United States District Judge

PRESENTED BY:

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

*[signature]*
David L. Broom
Attorney for Defendants

STIPULATION AND ORDER OF
DISMISSAL - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

APROVED AS TO FORM AND NOTICE OF PRESENTMENT WAIVED:

AMERICAN CIVIL LIBERTIES UNION
 OF WASHINGTON


_DBL for Aaron Caplan tele. approved 3/22/04_
Aaron H. Caplan
Attorney for Plaintiffs

CENTER FOR JUSTICE


_____
David Blair-Loy
Attorney for Plaintiffs

STIPULATION AND ORDER OF
DISMISSAL - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2004, a true and correct copy of the foregoing was duly served on all parties entitled to service by the method listed below, addressed to the following:

| | |
|---|---|
| _____ HAND DELIVERY<br>_____ OVERNIGHT MAIL<br>✓ U.S. MAIL<br>_____ VIA FACSIMILE | American Civil Liberties Union of Washington<br>Aaron H. Caplan<br>705 Second Avenue, Suite 300<br>Seattle, WA 98103 |
| ✓ HAND DELIVERY<br>_____ OVERNIGHT MAIL<br>_____ U.S. MAIL<br>_____ VIA FACSIMILE | Center for Justice<br>David Blair-Loy<br>35 West Main Street, Suite 300<br>Spokane, WA 99201 |

_____
Heather M. Maynard

STIPULATION AND ORDER OF
DISMISSAL - 4