| | |
|---|---|
| DAVID L. BROOM<br>PAINE, HAMBLEN, COFFIN,<br>  BROOKE & MILLER LLP<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201-3505<br>(509) 455-6000 | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>APR 07 2004<br><br>JAMES R. LARSEN, CLERK<br>_____ DEPUTY<br>SPOKANE, WASHINGTON |

Attorneys for Defendant STA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD W. AUSDERAU and PEACE AND JUSTICE ACTION LEAGUE OF SPOKANE,<br><br>          Plaintiffs,<br><br>vs.<br><br>SPOKANE TRANSIT AUTHORITY,<br><br>          Defendant. | No. CS-03-0199-RHW<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties by and through their counsel, hereby stipulate that the above-entitled cause has been fully settled and the same may therefore be dismissed with prejudice and without cost.

Dated this 25 March, 2004.

                                  PAINE, HAMBLEN, COFFIN,<br>
                                  BROOKE & MILLER LLP

                                  By: _____ #31104<br>
                                     David L. Broom, WSBA #2096<br>
                                     Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*<br>*717 WEST SPRAGUE AVENUE, SUITE 1200*<br>*SPOKANE, WA 99201 PHONE: (509) 455-6000*

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON

By: *DBL for Aaron Caplan telephonically approved 3/22/04*
Aaron H. Caplan
Attorney for Plaintiffs

CENTER FOR JUSTICE

By: *[signature]*
David Blair-Loy
Attorney for Plaintiffs

## ORDER

Based on the foregoing stipulation,

IT IS SO ORDERED.

Dated this __7__ ~~March~~ April, 2004.

*[signature]*
The Honorable Robert H. Whaley
United States District Judge

PRESENTED BY:

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

*[signature]*
David L. Broom
Attorney for Defendants

STIPULATION AND ORDER OF
DISMISSAL - 2

| | |
|---|---|
| 1 | APROVED AS TO FORM AND NOTICE OF PRESENTMENT WAIVED: |
| 2 | |
| 3 | AMERICAN CIVIL LIBERTIES UNION<br>OF WASHINGTON |
| 4 | |
| 5 | |
| 6 | DBL for Aaron Caplan, tele. approved 3/22/04 |
| 7 | Aaron H. Caplan<br>Attorney for Plaintiffs |
| 8 | CENTER FOR JUSTICE |
| 9 | |
| 10 | |
| 11 | _____ |
| 12 | David Blair-Loy<br>Attorney for Plaintiffs |

STIPULATION AND ORDER OF
DISMISSAL - 3

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2004, a true and correct copy of the foregoing was duly served on all parties entitled to service by the method listed below, addressed to the following:

| | |
|---|---|
| \_\_\_\_ HAND DELIVERY<br>\_\_\_\_ OVERNIGHT MAIL<br>_✓_ U.S. MAIL<br>\_\_\_\_ VIA FACSIMILE | American Civil Liberties Union of Washington<br>Aaron H. Caplan<br>705 Second Avenue, Suite 300<br>Seattle, WA 98103 |
| _✓_ HAND DELIVERY<br>\_\_\_\_ OVERNIGHT MAIL<br>\_\_\_\_ U.S. MAIL<br>\_\_\_\_ VIA FACSIMILE | Center for Justice<br>David Blair-Loy<br>35 West Main Street, Suite 300<br>Spokane, WA 99201 |

/s/ Heather M. Maynard
Heather M. Maynard

STIPULATION AND ORDER OF DISMISSAL - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*